1  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
2  700 Broadway
   New York, New York 10003
3  Telephone: 212-558-5000
   Facsimile: 212-344-5461
4  Attorneys for Plaintiffs

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-5764 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Makrouhi Arakelian, et al.,<br><br>                              Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Come now the Plaintiffs Makrouhi Arakelian, Boghos Arakelian, Yvonne Trevino, Juan Gutierrez, Angela Russell, and David Roberts in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

DATED: 10-25, 2009    By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009    _____
Hon. Charles R. Breyer
United States District Court