Edward Braniff, III
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
Telephone: (212) 558-5500
Facsimile: (212) 363-2721
Email: ebraniff@weitzlux.com
Attorneys for Plaintiffs

FILED

JUL 2 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-5764 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Makrouhi Arakelian, et al.,<br><br>                         Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                         Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Belghays Torkzadeh in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: 7-7, 2010    By: _____

**WEITZ & LUXENBERG**
180 Maiden Lane
New York, NY 10038
Telephone: (212) 558-5500
Facsimile: (212) 363-2721

*Attorneys for Plaintiffs*

DATED: July 8, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 26, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**